and filed on or before April 15, 1925, and notice of argument and note of issue to be served and filed for April 30, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE S. C. BECKWITH SPECIAL AGENCY v. ROSSLYN M. COX, Impleaded, etc.— Motion granted so far as to require plaintiff to accept service of the printed papers on appeal and to accept service of a notice of argument for April 30, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. NATIONAL SURETY COMPANY.— Preference granted for April 9, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVA OKUN v. WILLIAM E. WALSH and Others, Composing the Board of Appeals, etc.— Preference granted for April 28, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FALKENAU AND HAMERSHLAG, INC., v. WILLIAM E. WALSH and Others, Composing the Board of Appeals, etc.— Preference granted for April 14, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS J. WERNER v. WILLIAM E. WALSH and Others, Composing the Board of Appeals, etc.— Preference granted for April 14, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. [See 212 App. Div. 635.]

JENNIE PRUZANSKY, an Infant, by CELIA PRUZANSKY, Her Guardian ad Litem, Respondent, v. 42ND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion to strike out items Nos. 1, 2, 3, 4 and 6 from the notice of examination granted. The date for the examination to proceed as to item No. 5 to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE ELSON, Respondent, v. JACOB ELSON, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of JACOB FRANK, Deceased, as a Will of Real and Personal Property.— Order entered on February 26, 1925, so far as appealed from, affirmed; order entered on March 6, 1925, affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STANDARD VARNISH WORKS, Respondent, v. THE ÆOLIAN COMPANY, Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to vacate notice of examination as to items 3, 4, 5, 6 and 7 granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of THEODORUS BAILEY, Respondent, for an Order Requiring ROBBINS S. RUTHERFORD, an Attorney, Appellant, to Return Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BOTTLERS SEAL COMPANY, Suing in Behalf of Itself and All Other Creditors of TEAR OFF BOTTLE SEAL COMPANY, Appellant, v. ROY A. RAINEY and Others,